IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY HENDERSON, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 1:16-cv-466-TFM-B |
| MARY COOKS, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On April 10, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 15) which recommends denial of Petitioner's habeas petition and this action be dismissed/denied. Plaintiff timely filed objections (Doc. 18).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Petitioner's objections are overruled and the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Corey Henderson's petition for writ of habeas corpus (Doc 1) filed pursuant to 28 U.S.C. § 2254, is **DISMISSED/DENIED** and judgment shall be entered in favor of the Respondent.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 18th day of June 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE