IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COREY HENDERSON, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:16-cv-466-TFM-B |
| MARY COOKS, | ) ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Mary Cooks and against Petitioner Corey Henderson such that this action under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED with prejudice**.

Further, the Court determines that Henderson is not entitled to a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 18th day of June 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE